UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Plaintiff-ctr-defendant - Appellee,<br><br> v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.; et al.,<br><br>        Defendant-ctr-claimants - Appellants. | No. 24-5940<br><br>D.C. No. 3:15-cv-02106-RS<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CALLAHAN, BUMATAY, and VANDYKE, Circuit Judges.

Appellants move for relief pending appeal. Dkt. No. 6. The parties previously agreed that Appellee would return certain funds to Appellants if Appellants "prevail[ed] on their appeal of this action and any court order makes clear that the Bureau cannot retain the funds as civil money penalties." *See* Dkt. Nos. 6.4, 6.5. Because this action is ongoing and no party has prevailed at this time, the motion is **DENIED**.